## 43860. PLYWOOD SUPPLY COMPANY v. WILLIAMS.

EBERHARDT, Judge. This case is controlled by *Plywood Supply Co. v. Allrid,* 119 Ga. App. 182. The only distinction is that Williams, the owner of the Chevrolet, is the plaintiff here.

*Judgment reversed. Felton, C. J., and Whitman, J., concur.*

ARGUED SEPTEMBER 3, 1968—DECIDED FEBRUARY 12, 1969.

Action for damages. Fulton Civil Court. Before Judge Camp.

*Wilkinson, Nance & Head, A. Mims Wilkinson, Jr., H. Garland Head, III,* for appellant.

*Rich, Bass, Kidd & Broome, R. Hopkins Kidd, William F. C. Skinner, Jr., Robert S. Whitelaw, Henning, Chambers & Mabry,* for appellee.